The motion was made upon the ground of failure to make and serve the record on appeal.

*William H. Sullivan* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

NICHOLAS ANDRE, Suing on Behalf of Himself and Other Stockholders of NORTHERN INSURANCE COMPANY OF Moscow, Appellant, *v.* JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent, and MORTIMER W. BYERS et al., as Trustees, et al., Appellants.

(Submitted November 23, 1925; decided December 1, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 240 N. Y. 605.)

---

OPHELIA HARE, as Administratrix of the Estate of BAYNARD HARE, Deceased, Respondent, *v.* CLYDE STEAMSHIP COMPANY, Appellant.

*Appeal — unanimous affirmance — appeal without permission — motion to dismiss denied where constitutional question is involved.*

Reported below, 215 App. Div. 670.

(Argued November 23, 1925; decided December 1, 1925.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 19, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the appeal was frivolous and that permission to appeal had not been obtained.   The motion was opposed upon the ground that a constitutional question was involved.

*Emanuel Friedman* for motion.

*Cleland R. Neal* opposed.

Motion denied, with ten dollars costs.